## (April 7, 1971)

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. GILBERTO BIAZ LEBRON, Also Known as GIL LEBRON, Respondent.— Motion

830

Rabin, P. J., Hopkins, Munder, Martuscello and Brennan, JJ., concur.